1  **VICTOR N. PIPPINS**
   California State Bar No. 251953
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone: (619) 234-8467
4

5  Attorneys for Mr. Alcala-Aparicio

6

7

8                       UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10                     **(HONORABLE BARRY T. MOSKOWITZ)**

11 UNITED STATES OF AMERICA,        )   Case No. 08cr0667-BTM
                                    )
12        Plaintiff,                )   Date: March 28, 2008
                                    )   Time: 3:30 a.m.
13 v.                               )
                                    )   JOINT STIPULATION TO CONTINUE
14 ROSENDO ALCALA-APARICIO,         )   CHANGE OF PLEA HEARING DATE
                                    )
15        Defendant.                )
                                    )
16

17        IT IS HEREBY STIPULATED by and between the parties that the Change of Plea hearing

18 dated March 28, 2008 at 3:30 p.m., of defendant ROSENDO ALCALA-APARICIO, who is in custody, be

19 continued to April 4, 2008 at 2:30 p.m.

20        Counsel for Defendant will be out of town on the currently scheduled date.

21        SO STIPULATED.

22

23 Dated: March 27, 2008                    */s/ Carla Bressler*
                                            CARLA BRESSLER
24                                          Assistant United States Attorney

25

26 Dated: March 27, 2008                    */s/ Victor N. Pippins*
                                            STEPHEN D. DEMIK
27                                          Attorney for Mr. Alcala-Aparicio

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: March 27, 2008

/s/ VICTOR PIPPINS
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Victor_Pippins@fd.org (email)