UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08cr0667-BTM |
| Plaintiff, | ) | |
| v. | ) | |
| ROSENDO ALCALA-APARICIO, | ) | ORDER |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the joint motion requesting the continuance of the change of plea hearing, currently set for March 28, 2008, at 3:30 p.m., to April 4, 2008, at 2:30 p.m., be **GRANTED.** The defendant is currently in custody, therefore, a signed acknowledgment of the next court date need not be filed. **SO ORDERED.**

DATED: March 27, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge